# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **WILLIAM C. ALLISON, ET AL.,** | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:09CV00057 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **SHAPIRO & BURSON, LLP, ET AL.,** | ) | By: James P. Jones |
| | ) | Chief United States District Judge |
| | ) | |
| Defendants. | ) | |

No timely objection having been made, the Report and Recommendation of the magistrate judge filed November 19, 2009, is adopted in all respects. It is therefore **ORDERED** as follows:

1. Plaintiffs' Motion to Dismiss Shapiro & Burson, LLP, As a Party Defendant (#33) is GRANTED and said defendant is dismissed as a party without prejudice;

2. Professional Foreclosure's Motion to Join Additional Parties (#21) is GRANTED and Williams C. Allison II and Tina Gail Allison are added as parties defendant to plaintiffs' declaratory relief claim; and

3. Defendants' Motions to Dismiss (#22, #26) are GRANTED as to plaintiffs' breach of fiduciary duty claim and collection claim against Professional Foreclosure and plaintiffs' fraud and slander of title claims

against all defendants, and said claims are dismissed.

                              ENTER: December 14, 2009

                              /s/ JAMES P. JONES
                              Chief United States District Judge